**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Zakariya Abdikarim, | Case No. 26-cv-2124 (ECT/DTS) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Paul Schnell, et al., | |
| Defendants. | |

In an order dated April 3, 2026, this Court denied the application to proceed *in forma pauperis* (IFP) of plaintiff Zakariya Abdikarim due to Abdikarim having accumulated three strikes—in fact, more than three strikes—pursuant to 28 U.S.C. § 1915(g). *See* Dkt. No. 3. Abdikarim was given 14 days to pay the filing fee for this matter and proceed as a non-IFP litigant, failing which it would be recommended that this action be dismissed without prejudice for failure to prosecute. *See id*. (citing Fed. R. Civ. P. 41(b)).

That deadline has now passed, and Abdikarim has not paid the filing fee for this matter. In fact, Abdikarim has not communicated with the Court about this case at all since commencing this action. Accordingly, this Court now recommends, consistent with the warning previously given to Abdikarim, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

**RECOMMENDATION**

Based upon the foregoing, and on all of the files, records, and proceedings herein,

THE COURT HEREBY RECOMMENDS that this action be DISMISSED WITHOUT

PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: April 24, 2026                        s/ David T. Schultz
                                             DAVID T. SCHULTZ
                                             United States Magistrate Judge

**<u>NOTICE</u>**

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).