UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Zakariya Abdikarim,                                     File No. 26-cv-2124 (ECT/DTS)

      Plaintiff,

v.                                                      **ORDER ACCEPTING REPORT
                                                        AND RECOMMENDATION**

Paul Schnell, *MN DOC Commissioner*;
Rish, *Warden Moose Lake MN Prison*; Troy
Foucault, *Case Manager Moose Lake MN
Prison*; CIP Intake Coordinator; and State of
Minnesota,

      Defendants.

Magistrate Judge David T. Schultz issued a Report and Recommendation on April 24, 2026. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.     The Report and Recommendation [ECF No. 4] is **ACCEPTED**.

2.     This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 26, 2026                           s/ Eric C. Tostrud
                                        Eric C. Tostrud
                                        United States District Court